**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Elizabeth Paz ELM, Defendant–Appellant.**

No. 01–6394.

United States Court of Appeals, Fourth Circuit.

Submitted July 20, 2001.

Decided Aug. 1, 2001.

Elizabeth Paz Elm, pro se.

Before TRAXLER, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Elizabeth Paz Elm seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district

court. *See United States v. Elm,* Nos. CR–94–60; CA–00–650–3 (W.D.N.C. filed Jan. 8, 2001); (entered Jan. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*